# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Brown, Paul N | 2. Court or Organization Eastern District of Texas | 3. Date of Report 5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Senior | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Federal Building 101 E. Pecan Street Sherman, Texas 75090 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2004 MAY 14 A 9: 43

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/03 | Bookkeeping--Real Estate Partnership |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. STOCKS AND BONDS: | | | | | | | | | |
| 2. Com. Stk. Quantro | | None | K | W | | | | | |
| 3. Huntsville TX ISD Bonds | B | Interest | . | T | Redeemed | 2/15 | K | A | |
| 4. Dreyfuss Strg. Mun B/F | A | Dividend | J | T | | | | | |
| 5. Debt Strategies Fund II | A | Dividend | J | T | | | | | |
| 6. Victoria, TX Water & Sewer | A | Interest | J | T | | | | | |
| 7. TX Student Loan Bds. | A | Interest | J | T | | | | | |
| 8. Harris Co. Tx | A | Interest | J | T | | | | | |
| 9. TXU Corp. (Lines 5, 9 & 13 in previous report) | A | Dividend | | T | Sell | 5/6 | J | No | |
| 10. Prudential Financial Corp. | A | Dividend | K | T | | | | | |
| 11. REAL ESTATE | | | | | | | | | |
| 12. 1/4 int. rent prpty No. 1, Sherman, Tx | D | Rent | L | W | | | | | |
| 13. Rent prpty No. 2, Sherman, TX | C | Rent | K | W | | | | | |
| 14. Farm Prpty. No. 1, Grayson Co., Tx.-see VIII | | None | M | W | | | | | |
| 15. 2/3 int., Rent Prpty. #3, Grayson Co., Tx | C | Rent | M | W | | | | | |
| 16. 1/3 int., Grayson Co., Tx--See VIII | | None | L | W | | | | | |
| 17. 1/2 int., Blagg Svy., Grayson Co., Tx | | None | J | W | | | | | |
| 18. Farm Prpty No. 2, Grayson County, Tx-See VIII | | None | M | W | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Paul N | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. OTHER PROPERTY | | | | | | | | | |
| 20. Cash-American Bank of Sherman, N.A. | C | Interest | M | T | | | | | |
| 21. Bank of Texas | A | Interest | L | T | | | | | |
| 22. Note Receivable--C&D Prop. | A | Interest | | | Paid Off | Jan | | | |
| 23. Farm Equipment--See VIII | | None | K | W | | | | | |
| 24. Cattle, See VIII | | None | K | W | | | | | |
| 25. Cash value--life insurance | A | Interest | M | T | | | | | |
| 26. PRODUCING OG&M INTERESTS: | | | | | | | | | |
| 27. 3/8 WI, King Svy., Grayson Co., TX (Shankles) | E | W.I. | K | W | | | | | |
| 28. ORI&RI, Hall-Mitchell Wells, McAnair Svy-Grayson Co., T | B | W.I. | J | W | | | | | |
| 29. .01402 RI VanAntwerp-Thompson Svys-Grayson Co., TX-AC Brown | C | Royalty | K | W | | | | | |
| 30. RI & WI, McAnair Svy-Burton Les-Grayson Co.,TX | A | W.I. | J | W | | | | | |
| 31. 2.5% ORI, Calhoun Ls-Grayson Co., TX | A | Royalty | J | W | | | | | |
| 32. 2.08% ORRI, Elliott-Wright Ls-Grayson Co., TX | A | Royalty | J | W | | | | | |
| 33. .00177735 RI Yates-Grayson Co., TX | A | Royalty | J | W | | | | | |
| 34. .000662 RI-Bailey-et al Svys.-Grayson C, TX-Kusch | A | Royalty | J | W | | | | | |
| 35. .0156250 ORI-EN Fain, Grayson Co, TX | A | Royalty | J | W | | | | | |
| 36. .028179 RI, Van Antwerp Svy., Grayson Co., TX | C | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. .008854 RI, Vanderen Svy., Grayson Co.,TX, RO Brown | A | Royalty | J | W | | | | | |
| 38. NON-PRODUCING OG&M LEASES: | | | | | | | | | |
| 39. 50% min rights-Pushmataha Co,OK | | None | | | Gift | 8/13 | K | | ▮▮▮▮ |
| 40. 1/4 min int, Robardy/Grayson Co, TX | | None | J | W | | | | | |
| 41. 1/8 min int, Dunn Prpty-Grayson Co, TX | | None | J | W | | | | | |
| 42. Min int Harmon/Kepler Svys-Grayson Co, TX | | None | J | W | | | | | |
| 43. Kepler Svys-Grayson Co, TX | | None | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. Investments and Trusts:  Lines  14, 17, 18, 23 and 24,  cattle, farm equipment and farm property, together produced no gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date 5/7/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544